**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00702-REB-NYW

DONALD HALL,

    Plaintiff,

v.

MICHAEL WYATT, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal with Prejudice** [#23][1] filed June 12, 2015. After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the **Defendant City and County of Denver's Motion To Dismiss and Defendant Michael Wyatt's Partial Motion To Dismiss** [#11] filed April 7, 2015, is denied as moot; and

4. That this action is dismissed with prejudice with the parties to pay their own

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

attorney fees and costs.

      Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge